United States Bankruptcy Court
District of Arizona

In re:  
ROBERT MENDOZA  
CHARLENE MENDOZA  
    Debtors

Case No. 25-09386-EPB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 02, 2025      Form ID: 309A      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + ROBERT MENDOZA, CHARLENE MENDOZA, 17236 W DESERT SAGE DR, GOODYEAR, AZ 85338-6515 |
| 17904453 | + Unlock, 1230 West Washington Street, Suite 310, Tempe AZ 85288-1482 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: documents2@phxfreshstart.com | Oct 02 2025 23:10:33 | David Cutler, Phoenix Fresh Start Bankruptcy Attorneys, 4131 Main St, Skokie, IL 60076 |
| tr | EDI: QMGAUGHAN.COM | Oct 03 2025 02:59:00 | MAUREEN GAUGHAN, PO BOX 6729, CHANDLER, AZ 85246-6729 |
| smg | EDI: AZDEPREV.COM | Oct 03 2025 02:59:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 17904435 | + Email/PDF: AffirmBKNotifications@resurgent.com | Oct 02 2025 23:17:40 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco CA 94108-2716 |
| 17904436 | + Email/PDF: bncnotices@becket-lee.com | Oct 02 2025 23:17:17 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso TX 79998-1535 |
| 17904437 | + EDI: AZDEPREV.COM | Oct 03 2025 02:59:00 | Arizona Department of Revenue, 1600 W Monroe St., Phoenix AZ 85007-2650 |
| 17904438 | + Email/Text: hildaris.burgos@popular.com | Oct 02 2025 23:11:00 | Banco Popular de Puerto Rico, Attn: Bankruptcy, Po Box 362708, San Juan PR 00936-2708 |
| 17904439 | + EDI: CAPITALONE.COM | Oct 03 2025 02:59:00 | Cap1/kohls Dept Store, Po Box 3115, Milwaukee WI 53201-3115 |
| 17904440 | + EDI: CAPITALONE.COM | Oct 03 2025 02:59:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 17904441 | + EDI: JPMORGANCHASE | Oct 03 2025 02:59:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington DE 19850-5299 |
| 17904442 | ^ MEBN | Oct 02 2025 23:03:40 | Cherry Technologies Inc, Attn: Bankruptcy, 2261 Market Street #4869, San Francisco CA 94114-1612 |
| 17904443 | + EDI: CITICORP | Oct 03 2025 02:59:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis MO 63179-0046 |
| 17904444 | + EDI: CITICORP | Oct 03 2025 02:59:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis MO 63179-0046 |
| 17904445 | + EDI: WFNNB.COM | Oct 03 2025 02:59:00 | Comenity/Ulta, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |

| | | | | |
| --- | --- | --- | --- | --- |
| 17904446 | + | EDI: CITICORP | Oct 03 2025 02:59:00 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls SD 57117-6500 |
| 17904447 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 02 2025 23:11:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha NE 68103 |
| 17904448 | + | EDI: IRS.COM | Oct 03 2025 02:59:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 17904449 | + | Email/Text: dpr@lfcu.org | Oct 02 2025 23:11:00 | Lafayette Federal Credit Union, Attn: Bankruptcy, 2701 Tower Oaks Boulevard, Rockville MD 20852-4235 |
| 17904450 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 02 2025 23:11:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton OH 45458 |
| 17904451 | + | EDI: SYNC | Oct 03 2025 02:59:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17904452 | + | EDI: TDBANKNORTH.COM | Oct 03 2025 02:59:00 | TD Retail Card Svcs/Mor Furniture, Attn: Bankruptcy, Po Box 100114, Columbia SC 29202-3114 |
| 17904454 | | Email/Text: bknotice@upgrade.com | Oct 02 2025 23:11:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco CA 94111 |
| 17904455 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Oct 03 2025 01:35:51 | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis MN 55480-0393 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 04, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| David Cutler | on behalf of Joint Debtor CHARLENE MENDOZA documents2@phxfreshstart.com Cutler.DavidR89553@notify.bestcase.com |
| David Cutler | on behalf of Debtor ROBERT MENDOZA documents2@phxfreshstart.com Cutler.DavidR89553@notify.bestcase.com |
| MAUREEN GAUGHAN | maureen@mgaughan.com mgaughan@ecf.axosfs.com |
| U.S. TRUSTEE | |

USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | ROBERT MENDOZA <br> First Name  Middle Name  Last Name | Social Security number or ITIN: <br> EIN: | xxx–xx–4745 <br> _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | CHARLENE MENDOZA <br> First Name  Middle Name  Last Name | Social Security number or ITIN: <br> EIN: | xxx–xx–5161 <br> _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: District of Arizona | | Date case filed for chapter: | 7    10/1/25 |
| Case number: 2:25–bk–09386–EPB | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | ROBERT MENDOZA | CHARLENE MENDOZA |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 17236 W DESERT SAGE DR <br> GOODYEAR, AZ 85338 | 17236 W DESERT SAGE DR <br> GOODYEAR, AZ 85338 |
| 4. | **Debtor's attorney** <br> Name and address | David Cutler <br> Phoenix Fresh Start Bankruptcy Attorneys <br> 4131 Main St <br> Skokie, IL 60076 | Contact phone 602–456–1813 <br> Email: documents2@phxfreshstart.com |
| 5. | **Bankruptcy trustee** <br> Name and address | MAUREEN GAUGHAN <br> PO BOX 6729 <br> CHANDLER, AZ 85246–6729 | Contact phone 480–899–2036 <br> Email: maureen@mgaughan.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                 page **1**

| | | | |
|---|---|---|---|
| Debtor **ROBERT MENDOZA** and **CHARLENE MENDOZA** | | | Case number **2:25-bk-09386-EPB** |

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | **U.S. Bankruptcy Court, Arizona**<br>**230 North First Avenue, Suite 101**<br>**Phoenix, AZ 85003-1727** | Office Hours:<br>8:30 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (602) 682-4000<br>Date: 10/2/25 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 3, 2025 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 846 886 4619, and Passcode 2235330189, OR call 1-602-892-0739** |
| | | **For additional meeting information go to https://www.justice.gov/ust/moc** | |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/2/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(6)(A): **70 Days from Case Filed Date.** | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**